# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Paul Edward Johnson

Plaintiff

v.

James Bruton; Thomas L. Hell;
Sued as Tom Hell; Donald Doane; Wayne Joyce;
Lisa Ramberg; John doe, in their individual
and official capacities

Defendants

Case No. Civil 00-2572 DWF/JMM

***JUDGMENT IN A CIVIL CASE***

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Magistrate Judge Mason's Report and Recommendation dated 11/28/00 is adopted. Plaintiff's application to proceed without prepayment of fees is denied. The action is summarily dismissed. Plaintiff is required to pay the unpaid balance of the court filing fee, namely the full $150. Plaintiff's motion for appointment of counsel is denied. This action is dismissed on the grounds that it is frivolous, malicious, or fails to state a claim on which relief may be granted.

DATE: January 2, 2001

FRANCIS E. DOSAL, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk