**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Paul Edward Johnson,

Plaintiff,

v.

James Bruton; Thomas L. Hell, sued as Tom Hell; Donald Doane; Wayne Joyce; Lisa Ramberg; and John Doe, in their individual and official capacities,

Defendants.

Civil No. 00-2572 (DWF/JMM)

**ORDER**

---

Paul E. Johnson, Pro Se, #147696, Minnesota Correctional Facility, 970 Pickett Street North, Bayport, MN 55003-1490, Plaintiff.

---

This matter is before the Court upon Plaintiff's request and motion for reconsideration of the Court's order filed on January 2, 2001.

Based upon the Court's review of the record, the Court having reviewed the most recent request of the Plaintiff for reconsideration, and the Court being otherwise duly advised in the premises, the Court hereby enters the following:

**ORDER**

1. The Plaintiff's motion for reconsideration of the Court's order filed on January 2, 2001 (Doc. No. 13), is **DENIED**.

Dated: March 28, 2001

DONOVAN W. FRANK
Judge of United States District Court

FILED MAR 29 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______